### 33126. PONDER *v.* SMART.

FELTON, J. This case is controlled by *Grant* v. *Smart,* ante, p. 80.

*Judgment reversed. Sutton, C.J., and Worrill, J., concur.*

DECIDED JULY 7, 1950.

*Frank A. Bowers,* for plaintiff.
*Nat C. Spence,* for defendant.